Artoska GILLISPIE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99882.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 19, 2013.

Amy Faerber, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Mary H. Moore, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Artoska Gillispie appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2) & (5).